UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

TOD CAMBRON and LISA CAMBRON
INDIVIDUALLY AND AS PARENTS AND
NEXT FRIED OF ALEC CAMBRON,
a Minor, et al                                                                                          PLAINTIFFS

v.                                                                                          CIVIL ACTION NO. 3:01CV-646-S

WALGREEN COMPANY, et al                                                                          DEFENDANTS

## MEMORANDUM OPINION AND ORDER

This matter is before the court on the plaintiff's motion to alter, vacate or amend this court's previous judgment dismissing the claims of Todd Cambron and Lisa Cambron for loss of consortium of their child because the consortium claim was based on personal injuries rather than wrongful death.

The court's ruling was based upon Kentucky law as it was and as it still is. Because other jurisdictions recognize a parental loss of consortium claim based on personal injuries, the plaintiffs urge that this court judicially create a remedy for them.

This court is unwilling to manufacture a remedy by judicial fiat when to do so would fly in the face of clear Kentucky law on the subject.

The plaintiffs' motion to alter, vacate or amend this court's previous judgment is accordingly **DENIED**.

**IT IS SO ORDERED** this

cc:     Counsel of Record